UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 21-588-JFW**                                   Dated: August 1, 2022

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Benedetto L. Balding |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney present |

Interpreter: None

===============================================================
U.S.A. vs (Dfts listed below)                      Attorneys for Defendants

3.   Marco Santillan, Jr.                           3.   Mark Chambers, CJA
     present on bond                                      present appointed

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant.  For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO/PSA; USM

Initials of Deputy Clerk  sr
0/25